UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MITCHELL PLASENCIA, on behalf of
himself and others similarly situated

    Plaintiff,

v.                                  Case No:  2:13-cv-449-FtM-29UAM

KASCO SERVICES CORPORATION,

    Defendant.
_____

**ORDER**

This cause is before the Court on the Unopposed Motion for Pro Hac Vice Admission of Paul Harrison Sinclair (Doc. 17) filed on July 25, 2013.  Attorney Paul Harrison Sinclair is requesting that he be permitted to appear specially for the Defendant, Kasco Services Corporation.  The Court will allow Paul Harrison Sinclair to appear specially.

**IT IS HEREBY ORDERED:**

1) The Unopposed Motion for Pro Hac Vice Admission of Paul Harrison Sinclair (Doc. 17) is hereby **GRANTED**.

2) Unless already completed, within fourteen (14) days from the date of this Order, Attorney Paul Harrison Sinclair shall send to the Clerk's Office, the application for special admission to practice found on the Middle District of Florida's website (www.flmd.uscourts.gov) along with the required $10.00 application fee.

3) The Clerk is directed to add Paul Harrison Sinclair to the service list.

4) Within fourteen (14) days from the date of this Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially.

**DONE** and **ORDERED** in Fort Myers, Florida on July 30, 2013.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties