UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MITCHELL PLASENCIA, on behalf of
himself and others similarly situated,
LUIS FEBLES, and PATRICK
PRUDEN,

      Plaintiffs,

v.                                Case No:   2:13-cv-449-FtM-29CM

KASCO SERVICES
CORPORATION,

      Defendant.
_____

## ORDER

This matter comes before the Court upon review of Defendant's Unopposed Motion to Substitute Exhibit "B" of the Parties' Renewed Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal (Doc. #40) filed on February 14, 2014.  Defendant informs the Court that Exhibit B to its Renewed Joint Motion for Approval of Settlement Agreement (Doc. #19-2) was improperly filed. Defendant moves the Court to substitute the exhibit with the correct document.  The document that Defendant seeks to substitute is a proposed order to the Renewed Joint Motion for Approval of Settlement Agreement.  Proposed orders are generally not accepted by the Court unless specifically requested from the parties.  Therefore, the request is denied, but the Court will direct the Clerk to remove the incorrectly filed exhibit from the docket.

      ACCORDINGLY, it is hereby

**ORDERED:**

Defendant's Unopposed Motion to Substitute Exhibit "B" of the Parties' Renewed Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal (Doc. #40) is **DENIED**. The Clerk is **directed** to remove Exhibit B to Doc. #39 from the docket.

**DONE** and **ORDERED** in Fort Myers, Florida on this 21st day of February, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record