UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MITCHELL PLASENCIA, on behalf of himself and others similarly situated, LUIS FEBLES, and PATRICK PRUDEN,

    Plaintiffs,

v.                        Case No: 2:13-cv-449-FtM-29CM

KASCO SERVICES CORPORATION, a Foreign Profit Corporation,

    Defendant.

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #44), filed March 21, 2014, recommending that the Second Renewed Joint Motion for Approval of Settlement Agreement (Doc. #43) be granted, the attached Settlement Agreement be approved, and the case dismissed. The parties filed a Notice of Non Objection to Report and Recommendation (Doc. #45) on April 21, 2014.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. §

636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.   The Report and Recommendation (Doc. #44) is hereby **adopted** and the findings incorporated herein.

2.   The parties' Second Renewed Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal (Doc. #43) is **GRANTED** and the Settlement Agreement (Doc. #43-1) is **approved** as a fair and reasonable resolution of a bona fide dispute.

3.   The Clerk shall enter judgment **dismissing** the case, terminate all pending motions and deadlines, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___21st___ day of April, 2014.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties